

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00321-CV

**ALMANZA BUSINESS GROUP, LLC**,
Appellant

v.

**CBI LOGISTIC SERVICES L.L.C.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-001798 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, CBI Logistics Services L.L.C., recover its costs of this appeal from appellant, Almanza Business Group, LLC.

SIGNED May 15, 2019.

_____
Rebeca C. Martinez, Justice